In the Matter of an Application by William C. Whish, Chairman and Legislative Representative of the New York State Legislative Board, Brotherhood of Locomotive Engineers, and Thomas E. Ryan, Chairman of the New York State Legislative Board, Brotherhood of Locomotive Firemen and Enginemen, to the Public Service Commission, Second District, for Action by the Commission to Secure Compliance with Certain Provisions of the Railroad Law.— Motion denied, without costs. Present — Cochrane, P. J., H. T. Kellogg, Van Kirk, Hinman and McCann, JJ.  [See *Matter of Whish* v. *Public Service Commission*, 205 App. Div. 756.]

In the Matter of the Application for an Order of Certiorari by Harry W. Cregier against Harry P. Cassidy and Others.— Determination annulled and proceedings dismissed, with fifty dollars costs and disbursements, and petitioner reinstated, upon the ground that the evidence shows that the charges were improperly and illegally sustained by the board of supervisors in that the charges did not constitute malfeasance or misfeasance in office as required by section 30 of the Highway Law,* and without which the board of supervisors had no power to remove the

* Amd. by Laws of 1910, chap. 567, and Laws of 1923, chap. 428.— [Rep.

petitioner from the position of county superintendent of highways.     H. T. Kellogg, Van Kirk, Hinman, Hasbrouck and McCann, JJ., concur.